UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/10
```

UNITED STATES OF AMERICA

-v-

ZVI GOFFER, *et al.*,

Defendants.

No. 10 Cr. 56 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter, dated November 12, 2010, from Defendants Zvi Goffer and Craig Drimal, articulating the reasons for the redactions made by Defendants, without prior Court approval, in their joint motion to suppress, filed on November 3, 2010. Defendants explain that the "redactions were made to protect the privacy of third parties and to prevent disclosure of the contents of documents and recordings under seal." Defendants, however, have no objection to filing a fully unredacted brief. Accordingly, IT IS HEREBY ORDERED that the government shall respond to this letter by no later than Wednesday, November 17, 2010 and shall articulate what, if any basis, there is for Defendants not to file an unredacted brief, in light of the "strong presumption of public access to court records." *Video Software Dealers Assoc. v. Orion Pictures Corp.*, 21 F.3d 24, 26 (2d Cir. 1994) (citing *Nixon v. Warner Comm'cns, Inc.*, 435 U.S. 589, 597-98 (1978)).

SO ORDERED.

Dated:   November 12, 2010
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE