GOV'T EX. 39
6/13/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

ZVI GOFFER, EMANUEL GOFFER, and
MICHAEL KIMELMAN,

                Defendants.

No. 10 Cr. 56 (RJS)

Verdict Form



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-13-11

**COUNT ONE**
(Conspiracy to Commit Securities Fraud)

1. How do you find the Defendant ZVI GOFFER with respect to Count One?

    Guilty ✓    Not Guilty

**COUNT TWO**
(Conspiracy to Commit Securities Fraud)

2. How do you find the Defendants ZVI GOFFER, EMANUEL GOFFER, and MICHAEL KIMELMAN with respect to Count Two?

|   | | Guilty | Not Guilty |
|---|---|---|---|
| a. | ZVI GOFFER | ✓ | |
| b. | EMANUEL GOFFER | ✓ | |
| c. | MICHAEL KIMELMAN | ✓ | |

## COUNT THREE
(Securities Fraud in connection with the purchase of approximately 75,000 shares of 3Com stock on or about 8/7/07)

3. How do you find the Defendant ZVI GOFFER with respect to Count Three?



Guilty ✓     Not Guilty ___

## COUNT FOUR
(Securities Fraud in connection with the purchase of approximately 525,000 shares of 3Com stock on or about 8/7/07)

4. How do you find the Defendant ZVI GOFFER with respect to Count Four?



Guilty ✓     Not Guilty ___

## COUNT FIVE
(Securities Fraud in connection with the purchase of approximately 30,000 shares of 3Com stock on or about 8/7/07)

5. How do you find the Defendant EMANUEL GOFFER with respect to Count Five?



Guilty ✓     Not Guilty ___

If you answered "Guilty" to question (5), please answer question 5(a). If you answered "Not Guilty" to question (5), please proceed to question (6).

5(a). How do you find the Defendant ZVI GOFFER with respect to Count Five?



Guilty ✓     Not Guilty

## COUNT SIX
(Securities Fraud in connection with the purchase of approximately 15,000 shares of 3Com Stock on or about 8/10/07)

6. How do you find the Defendant MICHAEL KIMELMAN with respect to Count Six?

Guilty ✓     Not Guilty

If you answered "Guilty" to question (6), please answer question 6(a). If you answered "Not Guilty" to question (6), please proceed to question (7).

6(a). How do you find the Defendant ZVI GOFFER with respect to Count Six?



Guilty ✓     Not Guilty

## COUNT SEVEN
(Securities Fraud in connection with the purchase of approximately 30,000 shares of 3Com Stock on or about 9/17/07)

7. How do you find the Defendant ZVI GOFFER with respect to Count Seven?



Guilty ✓     Not Guilty

**COUNT EIGHT**
(Securities Fraud in connection with the purchase of approximately 30,000 shares of 3Com Stock on or about 9/17/07)

8.  How do you find the Defendant ZVI GOFFER with respect to Count Eight?



Guilty ✓      Not Guilty

**COUNT NINE**
(Securities Fraud in connection with the purchase of approximately 93,900 shares of 3Com Stock on or about 9/21/07)

9.  How do you find the Defendant EMANUEL GOFFER with respect to Count Nine?



Guilty ✓      Not Guilty

If you answered "Guilty" to question (9), please answer question 9(a).  If you answered "Not Guilty" to question (9), please proceed to question (10).

9(a).  How do you find the Defendant ZVI GOFFER with respect to Count Nine?



Guilty ✓      Not Guilty

4

### COUNT TEN
(Securities Fraud in connection with the purchase of approximately 100,000 shares of 3Com Stock on or about 9/21/07)

10. How do you find the Defendant ZVI GOFFER with respect to Count Ten?



Guilty ✓        Not Guilty

### COUNT ELEVEN
(Securities Fraud in connection with the purchase of approximately 20,000 shares of 3Com Stock on or about 9/25/07)

11. How do you find the Defendant ZVI GOFFER with respect to Count Eleven?



Guilty ✓        Not Guilty

### COUNT TWELVE
(Securities Fraud in connection with the purchase of approximately 5,000 shares of 3Com Stock on or about 9/25/07)

12. How do you find the Defendant MICHAEL KIMELMAN with respect to Count Twelve?



Guilty ✓        Not Guilty

If you answered "Guilty" to question (12), please answer question 12(a). If you answered "Not Guilty" to question (12), please proceed to question (13).

5

12(a). How do you find the Defendant ZVI GOFFER with respect to Count Twelve?

Guilty ✓     Not Guilty ___

### COUNT THIRTEEN
(Securities Fraud in connection with the purchase of approximately 20,000 shares of Axcan stock on or about 11/20/07)

13. How do you find the Defendant ZVI GOFFER with respect to Count Thirteen?

Guilty ✓     Not Guilty ___

### COUNT FOURTEEN
(Securities Fraud in connection with the purchase of approximately 159,006 shares of Axcan stock on or about 11/26/07)

14. How do you find the Defendant ZVI GOFFER with respect to Count Fourteen?

Guilty ✓     Not Guilty ___

_S. Santiago_
FOREPERSON