```
                                        ┌─────────────────────────────┐
                                        │ USDS SDNY                   │
                                        │ DOCUMENT                    │
UNITED STATES DISTRICT COURT            │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK           │ DOC #: _____      │
- - - - - - - - - - - - - - - - - -x    │ DATE FILED: 9-22-11         │
                                   :    └─────────────────────────────┘
UNITED STATES OF AMERICA
                                   :
          -v.-                          ORDER OF FORFEITURE
                                   :    S1 10 Cr. 56 (RJS)
ZVI GOFFER,
                                   :
               Defendant.
                                   :
- - - - - - - - - - - - - - - - - -x
```

WHEREAS, on or about April 7, 2011, ZVI GOFFER (the "defendant"), was charged in Indictment S1 10 Cr. 56 (RJS) (the "Indictment"), with two counts of conspiracy to commit securities fraud, in violation of 18 U.S.C. § 371 (Counts One and Two), and twelve counts of securities fraud, in violation of 15 U.S.C. §§ 78j(b) & 78ff, 17 C.F.R. §§ 240.10b-5 and 240.10b5-2, and 18 U.S.C. § 2 (Counts Three through Fourteen);

WHEREAS, the Indictment included a forfeiture allegation, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), seeking forfeiture to the United States of all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses alleged in the Indictment;

WHEREAS, on June 13, 2011, a jury in the Southern District of New York found the defendant guilty of Counts One through Fourteen of the Indictment;

WHEREAS, the evidence presented at the criminal trial establishes, by a preponderance of the evidence, the defendant's

insider trading resulted in profits of $10,022,931 in United States currency;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.   As a result of the offenses charged in Counts One through Fourteen of the Indictment, of which the defendant was found guilty, a money judgment in the amount of $10,022,931 in United States currency (the "Money Judgment") shall be entered against the defendant.

2.   Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture, this Order is final as to the defendant, ZVI GOFFER, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3.   Upon execution of this Order of Forfeiture, and pursuant to 21 U.S.C. § 853, the United States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

4.   All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture

2

Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

     5.  Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and to issue subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

     6.  The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

     7.  The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney Sharon Cohen Levin, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
    September 21, 2011

SO ORDERED:

HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE