Criminal Notice of Appeal - Form A

PRO SE OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3 0 SEP 2011

# NOTICE OF APPEAL

### United States District Court

**Southern** District of **New York**

Caption:

US

v.

Zvi Goffer

Docket No.: 10 cr 56

JUDGE SULLIVAN

(District Court Judge)

Notice is hereby given that ___Zvi Goffer___ appeals to the United States Court of Appeals for the Second Circuit from the judgment ☑, other ☐ _____

(specify)

entered in this action on __9-22-11__

(date)

This appeal concerns: Conviction only ☐   Sentence only ☐   Conviction & Sentence ☑   Other ☐

Defendant found guilty by plea ☐   trial ☑   N/A ☐

Offense occurred after November 1, 1987?   Yes ☑   No ☐   N/A ☐

Date of sentence: __9-21-11__   N/A ☐

Bail/Jail Disposition: Committed ☐   Not committed ☑   N/A ☐

Appellant is represented by counsel? Yes ☑   No ☐   If yes, provide the following information:

Defendant's Counsel: Zvi Goffer

Counsel's Address: 7521 Avenue W

Brooklyn NY 11234

Counsel's Phone: 646-498-3863

Assistant U.S. Attorney: Andrew Fish   Richard Tarlowe

AUSA's Address: _____

_____

AUSA's Phone: _____