UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,                    Docket No.: 10-CR-00056 (RJS)

        -against-                                     **NOTICE OF APPEARANCE**

ZVI GOFFER,

                Defendant.
-------------------------------------------------------------X

      Please Take Notice that I, Alexander M. Dudelson, Esq., appear herein on behalf of the above named defendant.

Dated: Brooklyn, New York
       October 12, 2011

                                      /S/
                          Alexander M. Dudelson, Esq. (AD4809)
                          *Attorney for Defendant*
                          26 Court Street - Suite 2306
                          Brooklyn, New York 11242
                          (718) 855-5100

To:

**Via: ECF**
Andrew L. Fish, AUSA
United States Attorney Office
One Saint Andrew's Plaza
New York, New York 10007
(212) 637-2548