UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ZVI GOFFER,

Defendant.

No. 10 Cr. 56 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

On September 21, 2011, the Court sentenced Defendant to 120 months of imprisonment and ordered that Defendant surrender at an institution designated by the Bureau of Prisons on October 21, 2011. The Court is in receipt of a letter from Defendant, dated October 14, 2011, requesting that Defendant's surrender date be extended until November 18, 2011. In light of the fact that the Bureau of Prisons has not yet designated Defendant to a facility, Defendant's request is granted. Accordingly, IT IS HEREBY ORDERED that Defendant shall surrender for service of his sentence at the institution designated by the Bureau of Prisons by 2:00 p.m. on November 18, 2011.

SO ORDERED.

Dated: October 14, 2011
New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-14-11

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE