Yale Klat Esq.
125 Maiden Lane Ste 204, NY, NY 10038
O: (646) 481-6684 | F: (212) 214-0466
yale@yaleklatlaw.com

May 8, 2015

**BY ECF**
Honorable Richard J. Sullivan U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007
*sullivanNYSDchambers@nysd.uscourts.gov*

RE: **United States of America v. Zvi Goffer**, Criminal No. 1:10-cr-56-1

Dear Judge Sullivan:

    Together with Mr. William Kent, I represent defendant Zvi Goffer in the above-captioned case. Pursuant to Court order entered on February 18th, 2015, Mr. Goffer filed his memorandum of law in support his Motion Pursuant to 28 U.S.C. § 2255 to Vacate His Conviction and Sentence on April 3rd, 2015, and the government filed its response on May 4th, 2015.

    Noting that no reference was made to a deadline for Mr. Goffer to file his reply, I write to respectfully request that the Court issue a scheduling order for Mr. Goffer to file reply papers by June 9th, 2015. Thank you for your consideration of this request.

                                                    Respectfully,

                                                    Yale Klat Esq.